# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAR - 5 2002
JAMES W. McCORMACK, CLERK
By:_____ DEP CLER

No. 99-3595

Willie Mae Young,

    Appellee,

vs.

City of Little Rock, a Public Body Corporate,

———————————

No. 99-3601

Willie Mae Young,

    Appellant,

vs.

City of Little Rock, a Public Body Corporate; James Brown, Badge Number 16781, Little Rock Police Department, in his individual capacity; Robert Haggard; and Shirley Shook, in her individual capacity,

    Appellees.

———————————

Willie Mae Young,

    Appellee,

vs.

City of Little Rock, a Public Body Corporate,

    Appellant.

\* 4:97cv00035

\* Appeal from the United States
\* District Court for the
\* Eastern District of Arkansas

## JUDGMENT

These appeals from the United States District Court were submitted on the record of the district court, briefs of the parties and were argued

by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in these causes is affirmed in accordance with the opinion of this Court.

(5172-010199)

May 2, 2001

A true copy.
ATTEST: *Michael E. Gans*

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT